**Order filed February 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00010-CV
_____

## IN THE INTEREST OF M.K.M.L., A CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2011-33344**

## ORDER

A hearing on a request for amicus attorney's fees was held in trial court cause number 2011-33344, as reflected in the Judgment for Amicus Attorney Fees signed on February 28, 2014, by the Honorable Denise Pratt. The hearing was held in the 311th District Court in Harris County before the Honorable Denise Judge Pratt. The hearing may have begun on December 13, 2013 and continued through December 20, 2013. No record of that hearing has been filed with this court.

We order the court reporter for the **311th District Court**, to notify this court whether a record was taken of that hearing. If a record was taken, the court reporter

is directed to inform the court whether appellant, Leon David Lehman, Jr., has made arrangements to pay for the record. If no record was made, the court reporter is directed to certify to this court that no record was taken. The court reporter is directed to respond to this order **within 20 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Wise.

2